## ALLEN v. STATE OF INDIANA.

[No. 24,419. Filed December 18, 1923.]

From Delaware Circuit Court; *Clarence W. Dearth,* Judge.

Prosecution by the State of Indiana against Sidney Allen for unlawfully having intoxicating liquor in his possession. From a judgment of conviction, the defendant appeals. *Reversed.*

*William A. McClellan,* for appellant.

*U. S. Lesh,* Attorney-General, and *Mrs. Edward Franklin White,* Deputy Attorney-General, for the State.

PER CURIAM.—Appellant was charged by affidavit with having intoxicating liquor in his possession, and his motion to quash the affidavit on the ground that it did not charge a public offense was overruled. On the authority of *Crabbs* v. *State* (1923), 193 Ind. 248, 139 N. E. 180, and *Powell* v. *State* (1923), 193 Ind. 258, 139 N. E. 670, the judgment is reversed, with directions to sustain said motion.

## COOK v. STATE OF INDIANA.

[No. 24,281. Filed January 29, 1924.]

From Clay Circuit Court; *Thomas W. Hutchinson,* Judge.

William S. Cook was prosecuted by the State of Indiana. From a judgment of conviction, defendant appeals. *Affirmed.*

*B. V. Goshorn* and *Gerdink & Gerdink,* for appellant.

*U. S. Lesh,* Attorney-General, and *Mrs. Edward Franklin White,* Deputy Attorney-General, for the State.

PER CURIAM.—The facts of this case are the same as those of *Carr* v. *State* (1924), *ante* 162, and on the authority of that case the judgment is affirmed.

## BALTIMORE AND OHIO SOUTHWESTERN RAILROAD COMPANY v. BURTCH.

[No. 23,536. Filed February 29, 1924.]

From Jackson Circuit Court; *James A. Cox,* Judge.

On remand from the Supreme Court of the United States. Former judgment of Jackson Circuit Court set aside, in obedience to the mandate of United States Supreme Court (44 Sup. Ct. 165, 68 L. Ed. 187).